UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES WILBON,

        Plaintiff,

vs.                      Case No.   2:04-cv-296-FtM-33SPC

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.
_____

**ORDER**

This matter comes before the Court on Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #14) filed on May 18, 2005, recommending that the Administrative Law Judge's determination that the Plaintiff was not under a disability within the meaning of the Social Security Act at any time from March 16, 1991 through December 31, 1999 be AFFIRMED.  The Plaintiff filed Objections to the Report and Recommendation (Doc. #15) on May 27, 2005.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This

requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).

For those issues that have not been specifically objected to, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law and those matters to which objections were filed, the Court accepts the factual findings and legal conclusions of the magistrate judge. The Court therefore accepts the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #14) is **ACCEPTED** and **ADOPTED** and Plaintiff's Objections to the Report and Recommendation (Doc.

#15) are **OVERRULED**.

    **DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 6th day of June, 2005.

                                                VIRGINIA M. HERNANDEZ COVINGTON
                                                UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record